IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORDYNE INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 4:09-CV-00203 ERW |
| | ) | |
| RBC MANUFACTURING CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## ENTRY OF APPEARANCE

Robert G. Lancaster, of Bryan Cave LLP, hereby enters his appearance as co-counsel with

David A. Roodman on behalf of Plaintiff and Counterclaim Defendant Nordyne Inc.

Respectfully submitted,

**BRYAN CAVE LLP**

By: _____/s/ Robert G. Lancaster_____
David A. Roodman, #38109MO
daroodman@bryancave.com
Daniel A. Crowe, #41410MO
dacrowe@bryancave.com
Emma Harty, #58188MO
emma.harty@bryancave.com
Nick E. Williamson, #56925MO
nick.williamson@bryancave.com
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tele. (314) 259-2000
Facs. (314) 259-2020

Robert G. Lancaster, #35606MO
rglancaster@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tele. (310) 576-2100
Facs. (310) 576-2200

*ATTORNEYS FOR PLAINTIFF*
*AND COUNTERCLAIM DEFENDANT*
*NORDYNE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system.

/s/ Robert G. Lancaster