RECEIVED

APR 1 2 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORDYNE INC.,

                       Plaintiff,

vs.

                                               Civil Action No. 4:09-cv-00203 ERW

RBC MANUFACTURING
CORPORATION.

                       Defendant.

## VERIFIED MOTION FOR PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the

Eastern District of Missouri, I, Martin E. Gilmore, move to be admitted *pro hac vice* to

the bar of this Court for the purpose of representing RBC Manufacturing Corporation in

this matter.  In support of this motion, I submit the following information as required by

Rule 12.01(E):

    (a)     Full name of the movant-attorney;

                    Martin E. Gilmore

    (b)     Address, telephone number and fax number of the movant-attorney;

                    399 Park Avenue
                    New York, NY 10022
                    phone: (212) 295-6380
                    fax: (212) 230-8888

#4444020996

(c)      Name of the firm or letterhead under which the movant practices;

Wilmer Cutler Pickering
Hale and Dorr LLP

(d)      Name of the law school(s) movant attended and the date(s) of graduation

therefrom;

Fordham University School of Law, May 2007

(e)      Bars, state and federal, of which the movant is a member, with dates of

admission and registration numbers, if any;

Appellate Division, First Department, New York, 3/31/08
(4591525);

Southern District of New York, 5/21/2008

(f)      The movant is a member in good standing of all bars of which movant is a

member. The movant is not under suspension or disbarment from any bar.

The movant has attached to this Motion a Certificate of Good Standing in

the bar of the jurisdiction in which the movant resides or is regularly

employed as an attorney.

(g)      Movant does not reside in the Eastern District of Missouri, is not regularly

employed in this district and is not regularly engaged in the practice of law

in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Martin E. Gilmore

April 11, 2011

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MARTIN EDWARD GILMORE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 31, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 8, 2011

Clerk of the Court

8694