# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NORDYNE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09-CV-203 |
| | ) |
| RBC MANUFACTURING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NORDYNE'S FIRST AMENDED RULE 26(a)(1) DISCLOSURES

Plaintiff Nordyne Inc. ("Nordyne" or "Plaintiff"), by and through its counsel, provides the following first amended initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Nordyne makes these disclosures based on information presently available to it and without waiving any applicable privileges or objections as to admissibility or on other grounds. Nordyne reserves its right to supplement or amend these disclosures as necessary including, but not limited to, as additional information becomes available or is otherwise discovered.

Subject to the above, Nordyne states as follows:

      A.    The following individuals are likely to have discoverable information which Nordyne may use to support its claims and/or defenses:

      1.    Richard DeLoach, Nordyne's Vice President of Engineering, is likely to have information regarding: (i) the relevant technology; (ii) RBC's business communications with Nordyne; (iii) communications with RBC regarding the patent-in-suit and/or the accused systems; (iv) the creation, design, and/or development of the accused systems; and/or (v) prior art to the alleged invention of the patent-in-suit. Mr. DeLoach may be contacted through Nordyne's counsel.

      2.    Al Reifel, Nordyne's Vice President of Research & Development, is

likely to have information regarding: (i) the relevant technology; (ii) RBC's business communications with Nordyne; (iii) communications with RBC regarding the patent-in-suit and/or the accused systems; (iv) the creation, design, and/or development of the accused systems; and/or (v) prior art to the alleged invention of the patent-in-suit.  Mr. Reifel may be contacted through Nordyne's counsel.

3.    Aaron Herzon, Nordyne Engineering Director, is likely to have information regarding: (i) the relevant technology; (ii) the creation, design, and/or development of the accused systems; and/or (iii) prior art to the alleged invention of patent-in-suit.  Mr. Herzon may be contacted through Nordyne's counsel.

4.    Dave Koesterer, Nordyne Engineering Director, is likely to have information regarding: (i) the relevant technology; (ii) the creation, design, and/or development of the accused systems; and/or (iii) prior art to the alleged invention of patent-in-suit.  Mr. Koesterer may be contacted through Nordyne's counsel.

5.    Jie Chen, Nordyne Engineering Director, is likely to have information regarding: (i) the relevant technology; (ii) the creation, design, and/or development of the accused systems; and/or (iii) prior art to the alleged invention of patent-in-suit.  Mr. Chen may be contacted through Nordyne's counsel.

6.    Steve Bayes, Nordyne Engineer, is likely to have information regarding: (i) the relevant technology; (ii) the creation, design, and/or development of the accused systems; and/or (iii) prior art to the alleged invention of patent-in-suit.  Mr. Bayes may be contacted through Nordyne's counsel.

7.    Rich Halsey, SW Engineer with UT Electronic Controls ("UTEC"), Doug Lynn, Controls Engineer with UTEC, and/or other unidentified individuals associated with UTEC, are likely to have information regarding: (i) the relevant technology; (ii) the creation, design,

and/or development of the accused systems and/or components thereof; and/or (iii) prior art to the alleged invention of patent-in-suit. UTEC is based in Huntington, Indiana.

8. Sean Kakita, Koji Hatano, Yukihiro Okada, Shuichi Morita, and Dr. Fumitoshi Yamashita, all engineers with Panasonic Industrial Company ("Panasonic"), and/or other unidentified individuals associated with Panasonic, are likely to have information regarding: (i) the relevant technology; (ii) the creation, design, and/or development of the accused systems and/or components thereof; and/or (iii) prior art to the alleged invention of patent-in-suit. On information and belief, these individuals are located in Japan.

9. RBC and/or unidentified individuals associated with RBC, are likely to have information regarding: (i) the relevant technology; (ii) RBC's business strategies; (iii) the prosecution of the application for the patent-in-suit; (iv) the alleged invention claimed in the patent-in-suit; (v) communications with Nordyne regarding the patent-in-suit and/or the accused systems; and (vi) prior art to the alleged invention of patent-in-suit.

10. William Archer, Roger Becerra, Brian Beifus, Mark Brattoli, and Rajendra Shah are named as alleged inventors on the patent-in-suit. These individuals, and/or other unidentified individuals currently or formerly associated with General Electric Company, are likely to have information regarding: (i) the relevant technology; (ii) the alleged invention(s) claimed and disclosed in the patent-in-suit; (iii) the prosecution of the application for the patent-in-suit; and/or (iv) prior art to the alleged invention of patent-in-suit. Nordyne currently has no contact information for these individuals other than as is reflected in the patent-in-suit.

11. The following individuals are named as inventors on prior art that Nordyne identified and/or produced in this litigation including, but not limited to, in response to RBC's Interrogatory No. 2 and Document Requests Nos. 8-9 and 12-15, and are likely to have discoverable information that Nordyne may use to support its defenses and claims in this lawsuit

3

including, but not limited to, facts relating to the state of the prior art at the time of the alleged invention of the patent-in-suit as well as the invalidity of the patent-in-suit:

| Name | Patent No. |
|---|---|
| Abendschein, Frederic<br>Columbia, Pennsylvania | U.S. Pat. No. 4,257,238 |
| Archer, William<br>Fort Wayne, Indiana | U.S. Pat. No. 5,473,229<br>U.S. Pat. No. 5,592,058<br>U.S. Pat. No. 5,592,059<br>European Pat. Pub. No. 0572 149 B1 |
| Arends, Gregory<br>Libertyville, Illinois | U.S. Pat. No. 4,779,031<br>U.S. Pat. No. 5,038,088 |
| Ballard, Gary<br>Indianapolis, Indiana | U.S. Pat. No. 4,648,551 |
| Barrett, Michael<br>Barrington, Illinois | U.S. Pat. No. 5,103,391<br>U.S. Pat. No. 5,311,451 |
| Batcheller, Barry<br>West Fargo, North Dakota | U.S. Pat. No. 4,467,706 |
| Becerra, Roger<br>Fort Wayne, Indiana | U.S. Pat. No. 5,473,229<br>U.S. Pat. No. 5,592,058<br>European Pat. Pub. No. 0572 149 B1 |
| Beifus, Brian<br>Fort Wayne, Indiana | U.S. Pat. No. 5,019,757<br>U.S. Pat. No. 5,473,229<br>U.S. Pat. No. 5,592,058<br>European Pat. Pub. No. 0572 149 B1 |
| Bell, Ian<br>Richmond, Ontario, Canada | U.S. Pat. No. 5,088,645 |
| Bessler, Warren<br>Schenectady, New York | U.S. Pat. No. 4,667,480<br>U.S. Pat. No. 5,410,230 |
| Bhagwat, Pradeep<br>Baltimore, Maryland | European Pat. Pub. No. 0 086 650 B1 |

4

| Name | Patent No. |
|---|---|
| Boyd, John<br>Holland, Michigan | U.S. Pat. No. 4,540,921 |
| Brattoli, Mark<br>Fort Wayne, Indiana | U.S. Pat. No. 5,592,058<br>European Pat. Pub. No. 0572 149 B1 |
| Brosnan, Michael<br>Ennis, Ireland | U.S. Pat. No. 4,661,756<br>U.S. Pat. No. 4,943,760 |
| Buckley, Maurice<br>Blackrock, Ireland | U.S. Pat. No. 5,173,651 |
| Byrne, John<br>Dalkey, Ireland | U.S. Pat. No. 4,670,696<br>U.S. Pat. No. 4,943,760 |
| Chrzastek, Ralph<br>Warrenville, Illinois | U.S. Pat. No. 5,197,375<br>U.S. Pat. No. 5,253,564 |
| Chynoweth. Lawrence<br>Rochester Hills, Michigan | U.S. Pat. No. 5,089,759 |
| Cieslic, Franck<br>Veneux-les-Sablons, France | PCT Application Pub. No. WO 91/17491 |
| Cooper, Kenneth<br>York, Pennsylvania | U.S. Pat. No. 4,257,238 |
| Culberson, Wayne<br>Pulaski, Virginia | U.S. Pat. No. 4,733,149<br>U.S. Pat. No. 4,912,381 |
| De Martelaere, Gary<br>Conifer, Colorado | U.S. Pat. No. 4,590,779 |
| Devitt, Francis<br>Glasnevin, Ireland | U.S. Pat. No. 4,670,696<br>U.S. Pat. No. 4,943,760 |
| Doyle, Edward<br>Dedham, Massachusetts | U.S. Pat. No. 5,202,951 |
| Egan, Michael<br>Wilton, Ireland | U.S. Pat. No. 4,661,756<br>U.S. Pat. No. 4,943,760 |
| Ekren, Dennis<br>Denver, Colorado | U.S. Pat. No. 4,590,779 |
| Ellis, George | U.S. Pat. No. 4,992,716 |

5

| Name | Patent No. |
|---|---|
| Blacksburg, Virginia | |
| Elms, Robert<br>Monroeville, Pennsylvania | U.S. Pat. No. 4,434,390 |
| Endo, Tsunehiro<br>Hitachiota-shi, Japan | European Pat. Pub. No. 0 264 728 A1<br>European Pat. Pub. No. 0 401 818 A1 |
| Erdman, David<br>Fort Wayne, Indiana | U.S. Pat. No. 4,459,519<br>U.S. Pat. No. 4,638,233 |
| Frommholz, Wilfried<br>Germany | French Pat. Pub. No. 2 561 179 |
| Futami, Motoo<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 401 818 A1 |
| Gee, David<br>Florissant, Missouri | U.S. Pat. No. 4,743,815 |
| Gleason, Henry<br>Goshen, Indiana | PCT Application Pub. No. WO 85/00064 |
| Gotou, Makoto<br>Nishinomiya-shi Hyogo-ken, Japan | European Pat. Pub. No. 0 296 699 B1 |
| Gruner, Garrett<br>Lansing, Michigan | U.S. Pat. No. 4,298,943 |
| Haessig, David<br>Poway, California | U.S. Pat. No. 4,942,921 |
| Hamidi, Jamshid<br>San Diego, California | U.S. Pat. No. 4,942,921 |
| Heckenbach, Terry<br>Middleburg, Indiana | PCT Application Pub. No. WO 85/00064 |
| Hishi, Wakiohiro<br>Nagaroyama-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Hooker, John<br>Fort Wayne, Indiana | U.S. Pat. No. 5,410,230 |

| Name | Patent No. |
|---|---|
| Hoppe, Willy<br>Germany | French Pat. Pub. No. 2561179 |
| Hort, Roger<br>San Diego, California | U.S. Pat. No. 4,942,921 |
| Hunt, James<br>Lyster Bay, New York | U.S. Pat. No. 4,209,943 |
| Igawa, Yasushi<br>Japan | Japanese Pat. Pub. No. 03-049582 |
| Ishii, Yoshitaro<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Ito, Eiji<br>Furukawa-shi, Japan | U.S. Pat. No. 4,806,837 |
| Jackson, Ronald<br>Indianapolis, Indiana | U.S. Pat. No. 4,886,110 |
| Jyoraku, Fumio<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Kamiya, Michihiko<br>Handa, Japan | U.S. Pat. No. 4,486,837 |
| Kidd, H. Keith<br>Dallas, Texas | UK Patent Application No. GB 2 079 979 A |
| Kitauchi, Hajime<br>Nagasaki, Japan | U.S. Pat. No. 4,674,291 |
| Kitayama, Tooru<br>Tochigi-ken, Japan | European Pat. Pub. No. 0 401 818 A1 |
| Kobayashi, Toyohiro<br>Shinzuoka, Japan | U.S. Pat. No. 4,795,088 |
| Koharagi, Haruo<br>Taga-gun Ibaraki-ken, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Kojima, Yashuhumi<br>Gifu, Japan | U.S. Pat. No. 4,486,837 |
| Kountz, Kenneth | U.S. Pat. No. 4,257,238 |

7

| Name | Patent No. |
|---|---|
| Hoffman Estates, Illinois | |
| Langley, Lawrence<br>Dallas, Texas | UK Patent Application No. GB 2 079 979 A |
| Lawton, James<br>Midleton, Ireland | U.S. Pat. No. 4,943,760 |
| Littlejohn, Douglas<br>Sunnyvale, California | U.S. Pat. No. 5,033,000 |
| Lynch, Gregory<br>Murfreesboro, Tennessee | U.S. Pat. No. 5,005,365<br>U.S. Pat. No. 5,027,789 |
| Mamot, Robert<br>Plainfield, Indiana | U.S. Pat. No. 4,648,551 |
| Martinson, William<br>Fargo, North Dakota | U.S. Pat. No. 4,467,706 |
| Matsushima, Takeo<br>Toyota, Japan | U.S. Pat. No. 4,486,837 |
| McMullin, Francis<br>Ennis, Ireland | U.S. Pat. No. 4,661,756<br>U.S. Pat. No. 4,670,696<br>U.S. Pat. No. 4,943,760 |
| Miyashita, Kunio<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Miotke, Mark<br>Richmond, Michigan | U.S. Pat. No. 5,089,759 |
| Moeller, Henry<br>Southampton, New York | U.S. Pat. No. 4,209,943 |
| Morinaga, Shigeki<br>Hitachi, Japan | U.S. Pat. No. 4,346,434 |
| Muller, Alexander<br>Holland, Michigan | U.S. Pat. No. 4,540,921 |
| Murphy, John<br>Bishopstown, Ireland | U.S. Pat. No. 4,661,756<br>U.S. Pat. No. 4,943,760 |
| Murray, Aengus | U.S. Pat. No. 5,173,651 |

8

| **Name** | **Patent No.** |
|---|---|
| Dublin, Ireland | |
| Naka, Shinji<br>Moriyama, Japan | U.S. Pat. No. 5,043,926<br>UK Patent Application No. GB 2 202 063 A<br>Japanese Pat. Pub. No. 01-133102 |
| Nakayama, Morihiro<br>Kusatsu, Japan | U.S. Pat. No. 5,043,926<br>UK Patent Application No. GB 2 202 063 A |
| Nolting, Peter<br>Germany | French Pat. Pub. No. 2 561 179 |
| Notohara, Yasuo<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 401 818 A1 |
| O'Dwyer, Jeremiah<br>Naas, Ireland | U.S. Pat. No. 4,670,696<br>U.S. Pat. No. 4,943,760 |
| Ootsuka, Fumio<br>Gifu, Japan | U.S. Pat. No. 4,486,837 |
| Otsuka, Nobuo<br>Kamakura, Japan | U.S. Pat. No. 4,795,088 |
| Parker, Edward<br>Jacksonville, Florida | U.S. Pat. No. 4,487,363<br>U.S. Pat. No. 4,530,395<br>U.S. Pat. No. 4,843,084 |
| Parker, Jeffrey<br>Jacksonville, Florida | U.S. Pat. No. 4,487,363<br>U.S. Pat. No. 4,530,395<br>U.S. Pat. No. 4,843,084 |
| Pohl, Walter<br>Louisville, Kentucky | U.S. Pat. No. 4,653,285 |
| Polzin, James<br>Wheaton, Illinois | U.S. Pat. No. 4,779,031<br>U.S. Pat. No. 5,038,088 |
| Pradelle, Bernard<br>Limoges, France | U.S. Pat. No. 5,269,660<br>PCT Application Pub. No. WO 92/00492 |
| Rodi, Anton | U.S. Pat. No. 5,013,981 |

9

| Name | Patent No. |
|---|---|
| Leimen, Germany | German No. DE 3541277 A1 |
| Rogers, Charles<br>Chico, California | U.S. Pat. No. 4,682,473 |
| Rosenbrock, Richard<br>Bluffton, Indiana | U.S. Pat. No. 5,197,375<br>U.S. Pat. No. 5,253,564 |
| Saar, David<br>Timonium, Maryland | European Pat. Pub. No. 0 086 650 B1 |
| Saito, Kohichi<br>Nakagocho Kitaibaraki-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Scheidel, Wolfgang<br>Germany | French Pat. Pub. No. 2 561 179 |
| Schjerven, William<br>Schaumburg, Illinois | U.S. Pat. No. 5,197,375<br>U.S. Pat. No. 5,253,564 |
| Sears, Lawrence<br>Hunting Valley, Ohio | U.S. Pat. No. 5,151,017 |
| Shah, Rajendra<br>Indianapolis, Indiana | U.S. Pat. No. 4,978,896<br>U.S. Pat. No. 5,410,230<br>U.S. Pat. No. 5,492,273<br>U.S. Pat. No. 5,592,058<br>EP 0572 149 B1 |
| Staggs, Harvard<br>Mountain View, California | U.S. Pat. No. 5,033,000 |
| Stange, Ronald<br>Littleton, Colorado | U.S. Pat. No. 4,590,779 |
| Steinmann, Helmut<br>Germany | French Pat. Pub. No. 2 561 179 |
| Stone, Arthur<br>Kilmallock, Ireland | U.S. Pat. No. 5,173,651 |
| Stratton, Larry<br>Cypress, California | U.S. Pat. No. 4,795,088 |
| Sumner, Lee | U.S. Pat. No. 4,257,238 |

| Name | Patent No. |
|---|---|
| Dallastown, Pennsylvania | |
| Symington, Laurence<br>Unicoi, Tennessee | U.S. Pat. No. 4,800,804 |
| Tahara, Kazuo<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Thompson, Kevin<br>Indianapolis, Indiana | U.S. Pat. No. 4,648,551 |
| Thompson, Peter<br>Cypress, California | U.S. Pat. No. 4,795,088 |
| Thorn, Stephen<br>Florissant, Missouri | U.S. Pat. No. 4,743,815 |
| Tompson, Clement<br>Melrose Park, Illinois | U.S. Pat. No. 4,298,943 |
| Toyoshima, Hisanori<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Ueda, Eiji<br>Yawata-shi Kyoto-fu, Japan | European Pat. Pub. No. 0 296 699 B1 |
| Unita, Hiroyuki<br>Japan | Japanese Pat. Pub. No. 01-133102 |
| Unida, Hiroyuki<br>Kusatsu, Japan | U.S. Pat. No. 5,043,926<br>UK Patent Application No. GB 2 202 063 A |
| Vogt, Günther<br>Kirchheim/Teck, Germany | European Pat. Pub. No. 0 198 248 A2 |
| Wall, John<br>Seven Hills, Ohio | U.S. Pat. No. 5,151,017 |
| Watanabe, Syuji<br>Naka-gun Ibaraki-ken, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Watkins, Baxter<br>Foster City, California | U.S. Pat. No. 5,033,000 |
| West, John | U.S. Pat. No. 4,645,450 |

11

| Name | Patent No. |
|---|---|
| Camp Hill, Pennsylvania | |
| Yagi Toshiakai<br>Kusatsu, Japan | U.S. Pat. No. 5,043,926<br>UK Patent Application No. GB 2 202 063 A<br>Japanese Pat. Pub. No. 01-133102 |
| Yamashita, Koujirou<br>Hitachi-shi, Japan | European Pat. Pub. No. 0 264 728 A1 |
| Yamauchi, Satomi<br>Nagoya, Japan | U.S. Pat. No. 5,029,230 |
| Yoshimi, Akiro<br>Kariya, Japan | U.S. Pat. No. 4,486,837 |
| Yoshino, Hozo<br>Tokyo, Japan | U.S. Pat. No. 4,420,947 |
| Young, Glen<br>Fort Wayne, Indiana | U.S. Pat. No. 4,806,833 |
| Zick, Kenneth<br>Fort Wayne, Indiana | U.S. Pat. No. 5,473,229 |

12. Unidentified individuals currently or formerly associated with the named inventors of the prior art, and/or unidentified individuals or unidentified entities involved in the invention, creation, design, development, marketing, offer for sale, sale, importation, publication, and/or operation of the prior art.

13. The following entities and unidentified individuals currently or formerly associated with such entities, that have information regarding prior art to the patent-in-suit including, but not limited to, AC and DC drive systems, AC and DC drive methods, AC and DC motor controls, and AC and DC motors, including General Electric Corporation, US Motors, Emerson Electric Co., Siemens AG, Reliance Electric, Mitsubishi Electric, Matsushita, Hitachi, Kollmorgen, and others.

12

B.  The following documents or categories of documents in Nordyne's possession, custody, or control may be used by Nordyne to support its claims and/or defenses. By identifying the following documents, Nordyne does not waive any objections as to their admissibility:

1. The patent-in-suit;

2. The file histories for the patent-in-suit;

3. Correspondence between Nordyne and RBC Manufacturing Corporation ("RBC");

4. Patents and/or patent applications that are related to the patent-in-suit;

5. The file histories for the patents and/or patent applications that are related to the patent-in-suit;

6. Prior art to the alleged invention of the patent-in-suit; and

7. Documents relating to the design, development, production, marketing and sale of Nordyne's accused products.

Copies of such documents and things shall be produced at a time and place mutually agreed by counsel.

C.  Nordyne does not presently have a computation of any category of damages and/or any documents relating thereto. Nordyne will document and produce information regarding its recoverable costs and attorney's fees at the appropriate stage of this litigation.

D.  Nordyne will produce for inspection and copying, at a mutually convenient place and time, insurance agreement(s), if any, that it owns that may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

October 6, 2010						Respectfully submitted,


							By:	_____/s/ David A. Roodman_____
								David A. Roodman, E.D.Mo. # 5116
								daroodman@bryancave.com
								Daniel A. Crowe, E.D.Mo. #46991
								dacrowe@bryancave.com
								Michael A. Kahn, E.D. Mo. #3506
								mike.kahn@bryancave.com
								Ameer Gado, E.D. Mo. #109918
								aagado@bryancave.com
								One Metropolitan Square
								211 N. Broadway, Suite 3600
								St. Louis, Missouri 63102
								Tele. (314) 259-2000
								Facs. (314) 259-2020

							**ATTORNEYS FOR PLAINTIFF NORDYNE INC.**

14

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2010, a copy of the foregoing document was served via electronic mail and deposited with the U.S. Mail addressed to the following:

Robert J. Gunther, Jr. (robert.gunther@wilmerhale.com)
Alexandra McTague (alexandra.mctague@wilmerhale.com)
Keith Bradley (keith.bradley@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022


Daniel V. Williams (daniel.williams@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006


Matthew J. Sauter (msauter@ss-law.net)
Kevin A. Sullivan (ksullivan@ss-law.net)
Sauter Sullivan LLC
3415 Hampton Avenue
St. Louis, Missouri  63139


                 /s/  Nick E. Williamson