UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 4/26/11   **Judge** E. Richard Webber   **Case No.** 4:09-cv-203-ERW
Nordyne, Inc.   v.   RBC Manufacturing Corporation
**Court Reporter** D. Kriegshauser   **Deputy Clerk** K. Hisaw
**Attorneys for Plaintiff(s)** Daniel Crowe, Robert Lancaster (in person)
David Roodman (by telephone)
**Attorneys for Defendant(s)** Nathan Walker (by telephone)

**Parties present for** Motion Hearing re [70] Plaintiff's Motion for Leave to File Second Amended Complaint for Declaratory Judgment and [71] Defendant's Motion for Protective Order.  Arguments heard.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

**It is hereby ordered** that Nordyne's Motion for Leave to File its Second Amended Complaint for Declaratory Judgment [doc. #70] is GRANTED.  It is further ordered that RBC manufacturing Corporation's Motion for a Protective Order [doc. #71] is DENIED.  The Second Amended Complaint is received and filed under seal until May 6, 2011, at which time the Court shall lift the seal of the Second Amended Complaint unless notice is received by this Court of any reason why the seal should not be lifted.

Pltf. Witness_____   Deft. Witness_____
Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:_____
Pltf. Exhibits:_____

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced    9:00    a.m.
Proceedings concluded    10:20    a.m.