**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NORDYNE INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Case No. 4:09-cv-00203 |
| ) | |
| RBC MANUFACTURING CORP., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

**NORDYNE INC.'S NOTICE OF FILING A REDACTED AND UNSEALED VERSION OF ITS SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

Pursuant to this Court's May 17, 2011 Order (Doc. No. 81), attached as Exhibit A hereto is a redacted unsealed version of Nordyne, Inc.'s previously filed Second Amended Complaint for Declaratory Judgment ("Second Amended Complaint") in which the right-hand column of the table in Paragraph 63 has been redacted.[1] As provided in that same Order, the Court indicated that it will lift the seal as to previously filed Exhibits A and B to the Second Amended Complaint and will keep Exhibit C thereto under seal as previously filed. Accordingly, Exhibits A-C to the Second Amended Complaint are not included in this filing.

May 17, 2011     By:     /s/ Nick E. Williamson

David A. Roodman, #38109MO
Daniel A. Crowe, #41410MO
Emma Harty, #58188MO
Nick E. Williamson, #56925MO
One Metropolitan Square
211 N. Broadway, Suite 3600

---

[1] All "[UNDER SEAL]" notations have also been deleted from the Second Amended Complaint.

1

2

        St. Louis, Missouri 63102
        Tele. (314) 259-2000
        Facs. (314) 259-2020

        Robert G. Lancaster, #35606MO
        120 Broadway, Suite 300
        Santa Monica, CA 90401-2386
        Tele. (310) 576-2100
        Facs. (310) 576-2200

        ***ATTORNEYS FOR PLAINTIFF***
        ***AND COUNTERCLAIM DEFENDANT***
        ***NORDYNE INC.***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of May, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system.

                /s/ Nick E. Williamson