COURTROOM MINUTE SHEET

CAUSE NO. 4:09CV203 ERW   DATE: 5/19/2011
JUDGE: Webber
COURT REPORTER: C. Simpson
DEPUTY CLERK: BRP

Nordyne, Inc.

vs.

RBC Manufacturing Corp.

ATTY(S) FOR PLTF(S)  Daniel Crowe & David Roodman
ATTY(S) FOR DEFT(S)  Daniel Williams & Nathan L. Walkers

PARTIES PRESENT FOR motion hearing via telephone in chambers. Arguments heard regarding RBC Manufacturing Corporation's Emergency Motion for Additional Time to Continue and Complete Deposition of United Technologies Electronic Controls, Inc. [doc.#87]. Court to grant additional tim relating to experts and discovery deadlines. Order to follow.

ATTY(S) PRESENT: 
COURTROOM TIME: 3:04 - 3:37