IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORDYNE INC.,                                   )
                                                )
    Plaintiff/Counterclaim Defendant,          )
                                                )
v.                                              )        Case No. 4:09-CV-00203 ERW
                                                )
RBC MANUFACTURING CORP.,                        )
                                                )
    Defendant/Counterclaim Plaintiff.          )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       Plaintiff/Counterclaim-Defendant Nordyne LLC ("Nordyne"), and

Defendant/Counterclaim-Plaintiff RBC Manufacturing Corporation ("RBC"), having settled the

above-captioned lawsuit, hereby stipulate, agree, and respectfully request that the Court enter an

Order as follows:

       1.     All of the allegations, claims, and counterclaims asserted by the parties in the

above-captioned lawsuit are hereby dismissed with prejudice;

       2.     The parties have consented to the Court retaining jurisdiction over any disputes

that may arise under the Settlement Agreement which has been entered into between the parties;

       3.     Nordyne and RBC shall each bear their own costs and attorneys' fees.


       Respectfully submitted,


                  By:  /s/ David A. Roodman

                  David A. Roodman, E.D.Mo. # 5116
                  daroodman@bryancave.com
                  Daniel A. Crowe, E.D.Mo. #46991
                  dacrowe@bryancave.com
                  Nick E. Williamson, E.D.Mo. # 537303
                  nick.williamson@bryancave.com
                  Emma Harty, E.D.Mo #546305
                  emma.harty@bryancave.com
                  One Metropolitan Square
                  211 N. Broadway, Suite 3600

St. Louis, Missouri 63102
Tele. (314) 259-2000
Facs. (314) 259-2020

**ATTORNEYS FOR PLAINTIFF**
**AND COUNTERCLAIM DEFENDANT**
**NORDYNE LLC**


By:   /s/ Nathan L. Walker

Robert J. Gunther, Jr. *(pro hac vice*
robert.gunther@wilmerhale.com
Omar Kahn *(pro hac vice)*
omar.kahn@wilmerhale.com
WILMER CUTLER PICKERING HALE &
DORR LLP
399 Park Ave
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Nathan L. Walker *(pro hac vice)*
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING HALE &
DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858 6000
Facsimile: (650) 858 6100

Of Counsel:
Matthew J. Sauter
msauter@ss-law.net
Kevin A. Sullivan
ksullivan@ss-law.net
SAUTER SULLIVAN, LLC
3415 Hampton Avenue
St. Louis, MO 63139
Telephone: (314) 781-3222
Facsimile: (314) 781-2726

**ATTORNEYS FOR DEFENDANT**
**AND COUNTERCLAIM PLAINTIFF**
**RBC MANUFACTURING CORP.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel of record on this 31st day of August, 2011.


/s/ Nick E. Williamson